IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VIRGIL SHAUGER,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-129-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered granting plaintiff Virgil Shauger attorney fees and costs under the Equal Access to Justice Act pursuant to 28 U.S.C. § 2412(d) in the amount of $14,900.

_____
Peter Oppeneer, Clerk of Court

9/10/12
Date