IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VIRGIL SHAUGER,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-129-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered granting plaintiff Virgil Shauger attorney fees and costs under the Equal Access to Justice Act pursuant to 28 U.S.C. § 2412(d) in the amount of $14,900.

_____    9/10/12
Peter Oppeneer, Clerk of Court       Date